JACOB S. BUTCHER, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Butcher* v. *City of New York,* 147 App. Div. 935, affirmed.
(Argued March 19, 1913; decided April 4, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 27, 1911, affirming a judgment in favor of defendant entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant in failing to keep its sidewalks free from snow and ice.

*Robert Stewart* and *Ralph G. Barclay* for appellant.

*Archibald R. Watson, Corporation Counsel (James D. Bell* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.